# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

146898

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SHERELL STANLEY, Personal
Representative of the ESTATE OF
SHERIDA STANLEY,
      Plaintiff-Appellee,

v

SC: 146898
COA: 301237
Kalamazoo CC: 2005-000601-NH

KRISHNA MOHAN JAIN, M.D.,
      Defendant-Appellant,

and

BORGESS MEDICAL CENTER, E.
ANDERSON, C.R. BEGEMAN, T.
BENSCHEL, M. GALLAGHER, A.
KENDALL, SUZANNE SACKETT-MUMA,
D. E. PEAKE, J. SHINABARGER, Z.
SMITH, CHRIS THOMAS, and L.
VROEGINDENWEY,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

h0923